# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

_____
)
ENKA İNŞAAT VE SANAYI A.Ş.,                    )
Balmumcu Mahallesi                             )
Zincirlikuyu Yolu No. 10                       )
ENKA Binasi                                    )
TR-34349 Beşiktaş. Istanbul                    )
Turkey                                         )
                                               )
                     *Petitioner*,             )     Case No. _____
                                               )
          v.                                   )
                                               )
THE GABONESE REPUBLIC,                         )
Ministry of Foreign Affairs                    )
Boulevard du Bord de Mer B.P.                  )
Libreville                                     )
Gabon                                          )
                                               )
L'AGENCE NATIONALE DES                         )
GRANDS TRAVAUX,                                )
Immeuble du Bord de Mer                        )
Boulevard de l'Indépendance                    )
BP 23765                                       )
Libreville                                     )
Gabon                                          )
                                               )
                     *Respondents*.            )
_____ )

## ERRATA SHEET TO PETITION TO CONFIRM ARBITRATION AWARD

Counsel for Petitioner hereby files an errata sheet to correct the unintentional error of filing the Petition without attaching the accompanying declarations, exhibits, and proposed order through the CM/ECF system. The filing should be corrected by adding the attached declarations, exhibits, and proposed order to the originally submitted Petition.

Dated:  October 25, 2018
       Washington, D.C.

SHEARMAN & STERLING LLP

 */s/ Christopher Ryan*
Jonathan Greenblatt (D.C. Bar No. 449874)
Christopher Ryan (D.C. Bar No. 476661)
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, D.C. 20004-2128
Telephone:  (202) 508-8000
Email:  jgreenblatt@shearman.com
       cryan@shearman.com