UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ENKA İNŞAAT VE SANAYI A.Ş.,<br>Balmumcu Mahallesi<br>Zincirlikuyu Yolu No. 10<br>ENKA Binasi<br>TR-34349 Beşiktaş.<br>Istanbul, Turkey<br><br>    *Petitioner*,<br><br>  v.<br><br>THE GABONESE REPUBLIC,<br>Minister Régis Immongault<br>Minister of the Economy, Strategic Foresight<br>and Sustainable Development Planning<br>Immeuble Arambo, B.P. 747<br>Libreville, Gabon<br><br>and<br><br>L'AGENCE NATIONALE DES<br>GRANDS TRAVAUX<br>Mr Bodgan Sgarticu, Chief Executive Officer<br>Immeuble du Bord de Mer<br>Boulevard de l'Indépendance<br>BP 23765<br>Libreville, Gabon<br><br>    *Respondents*. | Case No. _____ |

**DECLARATION OF Emmanuel Kaspereit**

  I, Emmanuel Kaspereit, declare pursuant to 28 U.S.C. § 1746 as follows:

  1.  I a partner of the law firm Archipel and counsel for ENKA İnşaat ve Sanayi A.Ş. ("ENKA"). I have been a member of the Paris bar since 2006 and am qualified to comment on matters of French law. French is my first language but I am also fluent in English. I prepared this declaration in English.

1

2. I submit this declaration in support of ENKA's Petition for an Order and Judgment Confirming, Recognizing, and Enforcing an arbitration award dated September 14, 2018, delivered in the arbitration before the International Court of Arbitration of the International Chamber of Commerce in favor of ENKA and against the Gabonese Republic and l'Agence Nationale des Grands Travaux (together, "Gabon") with case number CCI N° 22841/DDA (the "Award").

3. I have reviewed a copy of the Award in French, which provides interest shall be paid on certain of the sums awarded to the Claimant. The arbitral tribunal determined that the rate of interest shall be determined as a matter of French law.

4. The French Ministry for the Economy and Finance publishes a standard legal interest rate, calculated in accordance with the French Code Monétaire et Financier (Monetary and Financial Code), which applies to money judgments entered under French law. The rates are updated every six months. Interest is calculated on a simple basis. The following rates have applied (except to debts owed to "individuals not acting in a professional capacity") since January 2017:

| Dates | Standard Interest Rate Under French Law Per Annum | | | |
| --- | --- | --- | --- | --- |
| | 01/01/2017 – 06/30/2017 | 07/01/2017 – 12/31/2017 | 01/01/2018 – 06/30/2018 | 07/01/2018 – 12/31/2018 |
| Interest Rate | 0.90% | 0.90% | 0.89% | 0.88% |

5. Attached as **Exhibit A** is a true and correct copy of the Ministerial publication confirming the standard interest rate from January 1, 2017 to June 30, 2017 and a certified English translation.

6. Attached as **Exhibit B** is a true and correct copy of the Ministerial publication confirming the standard interest rate from July 1, 2017 to December 31, 2017 and a certified English translation.

7. Attached as **Exhibit C** is a true and correct copy of the Ministerial publication confirming the standard interest rate January 1, 2018 to June 30, 2018 and a certified English translation.

8. Attached as **Exhibit D** is a true and correct copy of the Ministerial publication confirming the current standard interest rate applicable from July 1, 2018 to December 31, 2018 and a certified English translation.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   October 23, 2018
               Paris, France

_____
Emmanuel Kaspereit
Archipel
92 rue Jouffroy d'Abbans 75017 Paris
T +33 1 40 54 51 00
ekaspereit@archipel-law.com