CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Enka İnşaat ve Sanayi A.Ş

_____
Plaintiff(s)

vs.

Gabonese Republic and L'Agence Nationale Des Grands Travaux

_____
Defendant(s)

Civil Action No.: 1:18-CV-02458-CKK

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the default (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Gabonese Republic
Minister Regis Immongault
Minister of Foreign Affairs
Boulevard du Bord de Mer, BP, Libreville, Gabon

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☑ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): The Gabonese Republic , and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Christopher Ryan
(Signature)

Christopher M. Ryan (D.C. Bar No. 476661)
Shearman & Sterling LLP
401 9th Street, NW. Suite 800
Washington, D.C. 20004-2128
202-508-8000
cryan@shearman.com

(Name and Address)